JUDGE AMY ST. EVE

MAGISTRATE JUDGE KIM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 0 7 2015
MAY 07 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **15CR 267** |
| v. | ) |
| MARK E. LASKOWSKI | ) Violations: Title 26, United States<br>) Code, Sections 7206(1) and 7203 |

## COUNT ONE

The SPECIAL FEBRUARY 2014 GRAND JURY charges:

On or about September 30, 2009, at Wayne, in the Northern District of Illinois, Eastern Division, and elsewhere,

MARK E. LASKOWSKI,

defendant herein, willfully made, subscribed, and caused to be made and subscribed, a United States Individual Income Tax Return (Form 1040 with schedules and attachments) for the calendar year 2008, which return was verified by written declaration that it was made under penalties of perjury and was filed with the Internal Revenue Service, which income tax return he did not believe to be true and correct as to every material mater, in that (1) Line 62 stated that $39,567.25 in federal income tax was withheld, whereas, in truth and fact, as LASKOWSKI knew, no federal income tax had been withheld; and (2) Line 72 stated that $39,567.25 was the amount that LASKOWSKI had overpaid, whereas, in truth and fact, as LASKOWSKI knew, he had not overpaid his taxes;

In violation of Title 26, United States Code, Section 7206(1).

## COUNT TWO

The SPECIAL FEBRUARY 2014 GRAND JURY further charges:

On or about April 15, 2010, at Wayne, in the Northern District of Illinois, Eastern Division, and elsewhere,

### MARK E. LASKOWSKI,

defendant herein, a resident of the Northern District of Illinois, having received gross income in excess of $9,350 and thereby being required by law, following the close of the calendar year 2009 and on or before April 15, 2010, to make an income tax return (Form 1040 and accompanying attachments), stating specifically the items of his gross income and any deductions and credits to which he was entitled, willfully failed to make and file an income tax return by the time required by law;

In violation of Title 26, United States Code, Section 7203.

## COUNT THREE

The SPECIAL FEBRUARY 2014 GRAND JURY further charges:

On or about April 15, 2011, at Wayne, in the Northern District of Illinois, Eastern Division, and elsewhere,

MARK E. LASKOWSKI,

defendant herein, a resident of the Northern District of Illinois, having received gross income in excess of $9,350 and thereby being required by law, following the close of the calendar year 2010 and on or before April 15, 2011, to make an income tax return (Form 1040 and accompanying attachments), stating specifically the items of his gross income and any deductions and credits to which he was entitled, willfully failed to make and file an income tax return by the time required by law;

In violation of Title 26, United States Code, Section 7203.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY