MARK EDWARD LASKOWSKI,™ Estate
Executor Office
Nation Illinois.
General- Post Box 529
Wayne. North America
near [60184-9999]



NORTHERN DISTRICT Court of Illinois
Attention: Honorable Thomas G. Bruton
d/b/a Clerk of the Court
219 S. Dearborn street
Chicago, Illinois 60604

**FILED**

AUG 15 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RE: 15-CR-267

EXPRESS MAIL NUMBER
EL 344044167 US

Entering by SPECIAL APPEARANCE the General Executor Mark the man;

## MOTION TO VACATE ALL JUDGMENTS AND FINDINGS in the matter of MARK EDWARD LASKOWSKI.

As Mark-the man, General Executor of the MARK EDWARD LASKOWSKI,™ Estate It has come to my understanding the court abstained from recognizing the fact that Mark the man as General Executor was present. Enclosed is a certified copy of the Power of Attorney that was submitted to the Judge in private validating my claim as the administrator of MARK EDWARD LASKOWSKI,™ Estate, and not "YOU" the person of interest MARK EDWARD LASKOWSKI.

The Estate has come to the conclusion that the Estate will except the charges but NOT THE CRIME!

As General Executor, I am not a volunteer withholding agent.

As General Executor, I am not a warrant officer aboard any maritime vessel.

I OBJECT and DO NOT CONSENT to the scheduled hearing on November 15th 2016 as it Pertains to MARK EDWARD LASKOWSKI, Private property of the MARK EDWARD LASKOWSKI™ Estate.

Respectfully

Mark - the man
General Administrator

Carbon Copy:
Honorable Judge Amy St. Eve.

Certified Mail Number
7015 0640 0004 2063 1740





Mark
12/08/2016

Case: 1:15-cr-00267 Document #: 87 Filed: 08/15/16 Page 3 of 6 PageID #:313





**ACKNOWLEDGMENT.**
Grant of Exclusive Power of Attorney to conduct all
tax, business, and legal affairs of principal person.

# POWER OF ATTORNEY.

1) To Whom these present shall come: I MARK EDWARD LASKOWSKI, Infant Estate and Grantor, locale (ESTATE POST BOX 529, Wayne, Illinois 60184), do hereby appoint one of the people Mark-Edward: Laskowski, living Man with head, hands, arms, legs and feet, locale c/o General Delivery: 5N431 Railroad Street, Unit 1 #529], North America Territory u.s.a. as Special Master, Guardian, Protectorate and Administrator of my Estate and as my private attorney in fact, to take exclusive charge of manage, and conduct all of my tax, business, legal affairs, settle debts, make purchases, etc., and for such purpose to remove all minor disabilities and to act for me in my trade name and place, without limitation on the powers necessary to carry out this exclusive purpose of attorney in fact as authorized:

   (A) To take possession of, hold, and manage my real estate and all other property;

   (B) To receive money or property paid or delivered to me from any source;

   (C) To deposit funds into, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depositor; to cash coupons, bonds, or certificates of deposit; to endorse checks, notes, or other documents in my name; to have access to, and place items into or remove them from, any safety deposit box standing in my name individually; and otherwise to conduct bank transactions or business for me in my name;

   (D) To pay my just debts and expenses, including reasonable expenses incurred by my attorney in fact, Mark-Edward: Laskowski, in exercising this exclusive power of attorney;

   (E) To retain any investments, invest, and to invest in stock, bonds or other securities, or in real estate or other property;

   (F) To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with or transfer them to protective committees, or similar bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities.

   (G) To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such considerations and on such terms as my attorney in fact, Mark-Edward: Laskowski, may consider prudent;

   (H) To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry;

   (I) To charge and sue for infringements on unauthorized use of Marks and Copy rights;

   (J) To provide for the use, maintenance, repair, security, or storage of my tangible property;

   (K) To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as my attorney in fact, Mark-Edward: Laskowski, may consider prudent.

2) The Special Master, Estate Guardian Mark-Edward: Laskowski, named herein is also on the Form UCC-1 and Commercial Security Agreement filed with the SECRETARY OF STATE of ILLINOIS, who is authorized by law to act for and in control of the tradename and Infant Estate, MARK EDWARD LASKOWSKI, MARK E. LASKOWSKI AND MARK LASKOWSKI and any derivative thereof. In addition, Mark-Edward: Laskowski has the exclusive power of attorney to contract for all business and legal affairs of the principal person MARK EDWARD LASKOWSKI, Infant Estate (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), Infant Estate.

3) The term "exclusive" shall be construed to mean that while these powers of attorney are in force, only my attorney in fact may obligate me in these matters; and I forfeit the capacity to obligate myself with regard to same. This grant of Exclusive Power is irrevocable during the lifetime of Mark-Edward: Laskowski.

Executed and sealed by the voluntary act of my own hand, this _1st_ day of _JULY_, 2016.

This instrument was prepared in the sight of Yahweh Elohyim by
Mark-Edward: Laskowski

1

Acceptance:

By Grantor, *Mark Edward Laskowski*
MARK EDWARD LASKOWSKI

By Grantee, *Mark-Edward: Laskowski*
Mark-Edward: Laskowski,
I, the above named exclusive attorney-in fact, do accept the responsibility for the herein-named Infant Estate-Grantor and will execute the herein granted power-of-attorney with Due Diligence, without recourse.

********************************************

## ACKNOWLEDGEMENT OF NOTARY

State Illinois
Cook County

*For verification purposes only*

On the 1st day of July, Two Thousand Sixteen, before me,

_Kevin J Muhammad_, a Notary
Name, Title of Officer of Notary Public

*Personally appeared Mark-Edward: Laskowski, known to me (or proved to me on the basis of satisfactory evidence of identification) to be the living man whose name is subscribed upon these instrument(s) and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity; and by his signature on this instrument, Mark-Edward: Laskowski has acted on behalf of the person who executed this instrument.*

*Witnessed my hand and official seal.*

My Commission Expires: June 18 2017

KEVIN J MUHAMMAD
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
June 18, 2017

2



112-61-109123
359588909

7/01/2016