## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA
                                                Plaintiff,

v.                                                                       Case No.: 1:15–cr–00267
                                                                      Honorable Amy J. St. Eve

Mark E Laskowski
                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 16, 2016:

      MINUTE entry before the Honorable Amy J. St. Eve:as to Mark E Laskowski: Show Cause Hearing set for 8/23/2016 at 01:30 PM. Mailed notice (kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.